IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**AMANDA HAYNES**                                                                 **PLAINTIFF**

V.                              NO. 3:25-cv-00054-ERE

**SOCIAL SECURITY ADMINISTRATION,**
Commissioner                                                                       **DEFENDANT**

### ORDER

Pending before the Court is Plaintiff Amanda Haynes' unopposed motion for attorney's fees under the Equal Access to Justice Act ("EAJA") seeking a total award of **$5,254.30**. *Doc. 13*. Plaintiff is entitled to an award of attorney's fees, and the requested sum is reasonable.

Accordingly, Plaintiff's motion for attorney's fees (*Doc. 13*) is GRANTED. Plaintiff is awarded **$5,254.30** in attorney's fees under the EAJA.[1]

So Ordered 13 November 2025.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check for EAJA fees should be made payable to Plaintiff but mailed to Plaintiff in care of Plaintiff's attorney at the attorney's office.